IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JAMES DALE WILLIS and wife<br>KELLY R. WILLIS,<br><br>    Plaintiffs<br><br>VS.<br><br>WAL-MART STORES EAST, L.P.,<br>JOHN DOE, INC., AND<br>HUNTER'S VIEW, LTD.,<br><br>    Defendants. | No. 1:09-CV-95<br>JURY DEMAND<br>Judge Campbell<br>Magistrate Knowles |

## STIPULATION AND ORDER

It appears to the Court, as evidenced by the signatures of plaintiffs' and Wal-Mart's respective counsel below, and with the permission of this Honorable Court, that Wal-Mart Stores East, L.P. should be substituted in the place of Wal-Mart Stores, Inc. as the proper named defendant in this case. As of February 1, 2002, the operation and obligations of the Wal-Mart store located at 3209 Deans Bridge Road, Augusta, Georgia were transferred to Wal-Mart Stores East, L.P., a Delaware limited partnership.

It is therefore **ORDERED** that Wal-Mart Stores East, L.P. is hereby substituted as the proper Wal-Mart defendant in this case. Wal-Mart Stores, Inc. is hereby dismissed with prejudice.

**IT IS SO ORDERED** this ___ day of _____, 2010.

_____
U.S. MAGISTRATE JUDGE E. CLIFTON KNOWLES