IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JAMES DALE WILLIS, et al. | ) |
| | ) |
| v. | ) NO. 1-09-0095 |
| | ) JUDGE CAMPBELL |
| WAL-MART STORES, INC., et al. | ) |

ORDER

Pending before the Court, among other things, is Defendants' Motion to Preclude Testimony and Reports of Plaintiffs' Liability Experts (Docket No. 48). The Motion is referred to the Magistrate Judge for decision.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE