IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JAMES DALE WILLIS, et al. | ) |
| | ) |
| v. | ) NO. 1-09-0095 |
| | ) JUDGE CAMPBELL |
| WAL-MART STORES, INC., et al. | ) |

ORDER

Pending before the Court is Defendant Wal-Mart Stores, Inc.'s Motion for Summary Judgment on the "Sealed Container" Doctrine and Defendant's Design Defect (Docket No. 50). Plaintiffs have filed a Response (Docket No. 56), in which they state that they have no opposition to Defendant's Motion.

The Court has reviewed the Defendant's Motion for Summary Judgment and supporting documents, pursuant to Stough v. Mayville Community Schools, 138 F.3d 612, 614 (6th Cir. 1998), and finds that Defendant has carried its burden to show that there are no disputed issues of fact and that Defendant is entitled to judgment as a matter of law.

Accordingly, Defendant's Motion for Summary Judgment (Docket No. 50) is GRANTED, and Plaintiffs' claims against Defendant Wal-Mart Stores, Inc. are DISMISSED.

IT IS SO ORDERED.

                                                                                            _____
                                                                                            TODD J. CAMPBELL
                                                                                            UNITED STATES DISTRICT JUDGE